## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Shebra Latanya Kincaid, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 2:14-3905-RMG |
| ) | |
| vs. ) | |
| ) | |
| Carolyn W. Colvin, Commissioner of ) | |
| of Social Security Administration, ) | **ORDER** |
| ) | |
| Defendant. ) | |
| ) | |

This matter comes before the Court for judicial review of the final decision of the Commissioner of Social Security denying Plaintiff's application for Disability Insurance Benefits ("DIB"). In accordance with 28 U.S.C. § 636(b) and Local Rule 73.02, D.S.C., this matter was referred to the United States Magistrate Judge for pretrial handling. The Magistrate Judge issued a Report and Recommendation on January 25, 2016 recommending that the decision of the Commissioner be affirmed. (Dkt. No. 13). No party filed timely objections to the Report and Recommendation.

The Court has reviewed the Report and Recommendation and the record in this matter and finds no clear error on the face of the record. *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315-16 (4th Cir. 2005). Therefore, the Court adopts the Report and Recommendation as the order of this Court and affirms the decision of the Commissioner.

AND IT IS SO ORDERED.

-2-

Richard Mark Gergel
United States District Judge

Charleston, South Carolina
March 2, 2016